UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20cr706 |
| | ) | |
| Plaintiff | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| MICHAEL LAWRENCE, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David A. Ruiz, regarding the change of plea hearing of Michael Lawrence, which was referred to the Magistrate Judge with the consent of the parties.

On October 29, 2020, the government filed a one count Indictment, charging Defendant Michael Lawrence with Possession with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(A). Defendant Lawrence was arraigned on November 5, 2020, and entered a plea of not guilty to Count 1 of the Indictment, before Judge Polster. On August 2, 2021, Magistrate Judge Henderson, received Defendant Lawrence's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Lawrence is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily.

The plea agreement is approved.

Therefore, Defendant Lawrence is adjudged guilty to Count 1 of the Indictment, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute Controlled Substances. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on December 2, 2021 at 12:30 p.m. via video conference.

IT IS SO ORDERED.

s/Dan Aaron Polster    11/17/2021
UNITED STATES DISTRICT JUDGE